IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 8 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01014-BNB

WAYNE A. SMALL,

    Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

_____

ORDER DRAWING CASE

_____

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate

judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

    DATED February 28, 2011, at Denver, Colorado.

                            BY THE COURT:

                             s/ Boyd N. Boland
                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01014-BNB

Wayne A. Small
Prisoner No.  55404
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Rebecca A. Adams
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on February 28, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk