**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01014-WJM

WAYNE A. SMALL,

    Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS,

    Respondents.

**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Applicant has submitted a Notice of Appeal. Applicant previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action. The court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because applicant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

Dated this 29th day of March, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge