**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

CIVIL ACTION NO. 10-cv-01014 WJM

WAYNE A. SMALL,

      Applicant,

vs.

KEVIN MILYARD, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 10th day of December, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge